U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 9 2006

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JAMES EDWARD DANIELS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1739-M |
| | § | |
| DALLAS COUNTY, DALLAS COUNTY | § | |
| HOSPITAL DISTRICT, UNIVERSITY | § | |
| OF TEXAS MEDICAL BRANCH, | § | |
| STEPHEN P. BOWERS, M.D., AND | § | |
| LEAH LUCIE, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed May 26, 2006.  Plaintiff filed objections, and the Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made.  The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 9 day of August, 2006.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE