IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES EDWARD DANIELS, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:05-CV-1739-M |
| | § | ECF |
| DALLAS COUNTY, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, regarding Defendant Dallas County Hospital District's Second Motion for Summary Judgment. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Dallas County Hospital District's Second Motion for Summary Judgment is therefore **GRANTED**.

**SO ORDERED** this 16th day of April, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS